IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,                    No. 2:09-cv-03098 JAM DAD

    v.

TIEN PURSER,                          <u>ORDER</u>

        Defendant.

_____/

        This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

        On June 25, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections were to be filed within fourteen days after the filing of the findings and recommendations.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed June 25, 2012 (Doc. No. 17) are adopted in full;

2. Plaintiff's October 13, 2011 motion for default judgment (Doc. No. 15) is granted;

3. The court enters default judgment against defendant Tien Purser and in favor of plaintiff;

4. Defendant Tien Purser is directed to install at the subject property a van-accessible disabled parking space, with an accessible path of travel to an accessible main entrance and accessibility signage and striping in compliance with the Americans With Disabilities Act of 1990 (ADA) and the Americans With Disabilities Act Accessibility Guidelines (ADAAG);

5. Defendant Tien Purser is directed to pay plaintiff damages in the amount of $8,000; and

6. The Clerk of Court is directed to close this case.

DATED: July 27, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE